FILED'09 JUL 27 15:04 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CHARLES F. STEARNS,
            Plaintiff,

CV. 08-1260-KI

v.

ORDER AWARDING EAJA ATTORNEY FEES

MICHAEL J. ASTRUE,
Commissioner of Social Security,
            Defendant.

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5887.02 shall be awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Payment shall be to Max Rae, Attorney, at P.O. Box 7790, Salem, OR 97303-0175, on behalf of Plaintiff.

DATED this 27 day of July, 2009.

                /s/ Garr King
                United States District Judge

PRESENTED BY:
s/ Max Rae
MAX RAE, OSB#81344
(503) 363-5424
Attorney for Plaintiff, Charles F. Stearns

Page 1.   ORDER AWARDING EAJA ATTORNEY FEES --
           STEARNS v. ASTRUE, CV. 08-1260-KI